BERNHARD VOSS, Respondent, v. W. J. MARTIN COAL COMPANY, Appellant, Impleaded with Another, Defendant. (Appeal No. 2.) — Judgment reversed upon the law and the facts, and judgment unanimously directed for defendant, appellant, dismissing the complaint on the merits, with costs, upon authority of *Voss* v. *Martin Coal Co., No. 1 (ante,* p. 718), decided herewith. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur. Settle order on notice.

IDA M. WERNER, as Administratrix, etc., of HARRY H. WERNER, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JULIUS BRAM, Respondent, v. INTERNATIONAL MUTOSCOPE REEL Co., INC., and Another, Defendants. LOUIS RABKIN, Appellant.— Appeal from order denying appellant's application to modify injunction order dismissed, without costs. The appellant is not a party to the action, and before he can be heard to assert his title to the property in question he should make application to be made a party, pursuant to the provisions of subdivision 3 of section 193 of the Civil Practice Act. Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

ALANSON CASSADY, Appellant, v. MARIA VINCENTI, Respondent.— Judgment reversed on the law and the facts, and judgment directed for plaintiff as prayed for in the complaint, with costs. No opinion. Rich, Manning, Young and Kapper, JJ., concur; Kelly, P. J., dissents. Findings to be made in accordance with this decision. Settle order on notice.

VIOLE COLONEY, Respondent, v. CHARLES K. BELDEN, One of the Executors, etc., of ELIZABETH V. BERNHARD, Deceased, and Others, Defendants, Impleaded with GEORGE STAVRAKOS, Appellant.— Order denying appellant's motion for inspection and discovery affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kapper, J., absent and not voting.

EDWARD H. ECKHOFF, Respondent, v. FIDELITY METAL COMPANY, Appellant.— Order dismissing defendant's counterclaim affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

EUROPEAN LIGHT COMPANY, INC., Respondent, v. HYMAN BERMAN and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

DARIO LUCIEN FARALLA, Appellant, v. NANNY ELIZABETH SCHMITH FARALLA, Respondent.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., dissents.

CLARENCE H. GUTHEIL, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and Another, Defendants, Impleaded with H. W. MILLER, INC., Respondent.— Order setting aside verdict and granting new trial affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.